In the Matter of the Arbitration Between SPRINGS COTTON MILLS, Respondent, and BUSTER BOY SUIT COMPANY, INC., Appellant.

Submitted February 20, 1950; decided February 23, 1950.

Motion for reargument or to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 586.]

500 FIFTH AVENUE, INC., Respondent, *v.* MORRIS D. DALSHEIM, Appellant.

Submitted February 20, 1950; decided February 23, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 587.]

MALLORY ASSOCIATES, INC., Appellant, *v.* BARVING REALTY Co., INC., et al., Respondents.

Submitted February 20, 1950; decided February 23, 1950.

Motion for reargument, etc., denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 297.]